IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JAMES K. BEATTIE,**

    Plaintiff,

    v.

**ANDREW M. SAUL,**
Commissioner of Social Security,

    Defendant.

No. 6:18-cv-01182-MO

ORDER AWARDING ATTORNEY FEES
UNDER THE EQUAL ACCESS TO
JUSTICE ACT, PURSUANT TO
28 U.S.C. § 2412(d)

**MOSMAN, J.,**

Based upon the parties' Stipulation [24], it is ordered that Plaintiff shall be awarded

attorney fees under the EAJA in the amount of ELEVEN THOUSAND SIX HUNDRED

SIXTEEN DOLLARS AND EIGHTY-SIX CENTS ($11,616.86). Pursuant to *Astrue v. Ratliff*,

560 U.S. 586 (2010), this award is subject to the United States Department of the Treasury's

Offset Program. In addition, Plaintiff is awarded TEN DOLLARS AND ZERO CENTS ($10.00)

for postage expenses and FIVE DOLLARS AND ZERO CENTS ($5.00) in photocopying costs

pursuant to 28 U.S.C. § 1920. Any award shall be payable to Plaintiff, except that if the

Commissioner determines that Plaintiff's award is not subject to the Treasury's Offset Program,

the award shall be payable to Plaintiff's counsel, Drew L. Johnson. Payment shall be delivered

to Plaintiff's counsel at Drew L. Johnson, P.C., 1700 Valley River Drive, Eugene, OR 97401.

IT IS SO ORDERED.

DATED this 5th day of September, 2019.

_____
MICHAEL W. MOSMAN
Chief United States District Judge

1 – ORDER