IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES KENNETH BEATTIE, | Case No. 6:18-cv-01182-MO |
| Plaintiff, | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to U.S.C. § 406(b), reasonable attorney fees in the amount of $18,563.75 are hereby awarded to Plaintiff's attorney, Drew L. Johnson. Previously this Court awarded Plaintiff EAJA fees in the amount of $11,616.86 which were paid by the government. When issuing the 406(b) fee check to Mr. Johnson, the Agency is therefore directed to subtract the amount paid as EAJA fees, and send to Mr. Johnson the balance remaining of the $18, 563.75 attorney fees hereby ordered, by check payable to Mr. Johnson in the amount of $6,946.89 sent to his office:

> Drew L. Johnson, P.C.
> 1700 Valley River Drive,
> Eugene, OR
> 97401

Any withheld amount then remaining from Plaintiff's awarded benefits should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED.

This __21__ day of May, 2020.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge